BEFORE THE THIRD DIVISION, NOVEMBER 15, 1949

**No. 53714.**—Gold Seal Liquors, Inc., et al. *v.* United States, protests 111855–K/68, etc. (Chicago).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53715.**—Security Liquor Company et al. *v.* United States, protests 113212–K, etc. (St. Louis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53716.**—Harmar Co. *v.* United States, protests 123001–K/689 and 123313–K/688 (Chicago).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. 33, C. D. 1155), the claim of the plaintiff was sustained.